**Michael NEUDECKER, Appellant,**

v.

**SHAKOPEE POLICE DEPARTMENT; Quality, Lifestyles, Inc., doing business as Friendship Manor Health Care Center; Scott County Department of Human Services; Laurie McMillen; City of Shakopee; County of Scott, Appellees.**

No. 08–3286.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 13, 2009.

Filed: Dec. 11, 2009.

Michael Neudecker, Victoria, MN, pro se.

Jeffrey Alan Egge, Minnetonka, MN, Jon Kermit Iverson, Iverson & Reuvers, Bloomington, MN, Megan Deering Hafner, Jessica Carolyn Kunz, Terhaar & Archibald, James Robert Andreen, Erstad & Riemer, Minneapolis, MN, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Michael Neudecker appeals the district court's[1] ad-

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham,

verse judgment based partially on a dismissal for failure to state a claim and partially on summary judgment. Upon de novo review, see *Schaaf v. Residential Funding Corp.,* 517 F.3d 544, 549 (8th Cir.) (Fed.R.Civ.P. 12(b)(6)), *cert. denied,* —— U.S. ——, 129 S.Ct. 222, 172 L.Ed.2d 142 (2008); *Gordon v. Shafer Contracting Co.,* 469 F.3d 1191, 1194 (8th Cir.2006) (summary judgment), we agree with the district court's disposition. In addition, we hold that the district court did not abuse its discretion in denying Neudecker appointed counsel, see *Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir.2006) (standard of review; no statutory or constitutional right to appointed counsel in civil cases), and that none of the district court's other rulings constituted reversible error. Accordingly, we affirm. See 8th Cir. R. 47B.

United States Magistrate Judge for the District of Minnesota.